UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON D. RODRIGUEZ,

                Plaintiff,

-v-

EMILE MARDENLI, et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 9328 (NRB) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request at ECF No. 12 is **GRANTED**. The settlement conference scheduled for June 10, 2025 (ECF No. 11) is **ADJOURNED** to **Tuesday, July 29, 2025 at 2:00 p.m. ET** and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York.

The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 11 at 5-7) remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **July 23, 2025**. The parties are reminded to include the Attendance Acknowledgement form annexed to the Standing Order (id. at 8-9).

The Clerk of Court is respectfully directed to close ECF No. 12.

Dated:     New York, New York
             May 20, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**