UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON D. RODRIGUEZ,

                Plaintiff,

-v-

                CIVIL ACTION NO. 24 Civ. 9328 (NRB) (SLC)

EMILE MARDENLI, et al.,

                **SECOND AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request at ECF No. 14 is **GRANTED**. The settlement conference scheduled for July 29, 2025 (ECF No. 14) is **ADJOURNED** to **Tuesday, August 26, 2025 at 10:00 a.m. ET** and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York.

The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 11 at 5-7) remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **August 19, 2025**. The parties are reminded to include the Attendance Acknowledgement form annexed to the Standing Order (id. at 8-9).

The Clerk of Court is respectfully directed to close ECF No. 14.

Dated:    New York, New York
            June 9, 2025

                                    SO ORDERED.

                                    **SARAH L. CAVE**
                                    **United States Magistrate Judge**