UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON D. RODRIGUEZ,

      Plaintiff,

-v-            CIVIL ACTION NO. 24 Civ. 9328 (NRB) (SLC)

**ORDER**

EMILE MARDENLI, et al.,

      Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On August 20, 2025, the parties informed the Court via email that this action has settled. Accordingly, the settlement conference presently scheduled for August 26, 2025 at 10:00 a.m. ET (ECF No. 15) is **CANCELLED**. The Clerk of Court is respectfully directed to cancel the August 26, 2025 settlement conference.

Dated:  New York, New York
     August 20, 2025

                SO ORDERED.

                _____
                **SARAH L. CAVE**
                **United States Magistrate Judge**