UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON D. RODRIGUEZ,

                    Plaintiff,

    -v-

EMILE MARDENLI, et al.,

                    Defendants.

CIVIL ACTION NO. 24 Civ. 9328 (NRB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties in this action attempted to file a Stipulation of Voluntary Dismissal on October 7, 2025.  (Dkt. No. 19 (the "SoD")).  The Clerk of Court, however, noted certain deficiencies in the SoD and directed the parties to re-file it.  (See Dkt. No. 19; Dkt. Entry on Oct. 8, 2025).  The parties then re-filed the SoD on November 26, 2025.  (Dkt. No. 20).  The Clerk of Court, however, noted that the SoD is still deficient.  (Dkt. No. 20; Dkt. Entry on Dec. 1, 2025).  On or before **December 19, 2025**, the parties shall re-file the SoD pursuant to the Clerk of Court's latest instructions.  (See Dkt. Entry on Dec. 1, 2025).

Dated:        New York, New York
               December 9, 2025

                               SO ORDERED.

                              _____
                               SARAH L. CAVE
                               **United States Magistrate Judge**